|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | JS-6 |

### CIVIL MINUTES -- GENERAL

| Case No. | **CV 22-7630-JFW(SKx)** | Date: December 6, 2022 |
|---|---|---|

Title:     Garcia Villanueva -v- BMW of North America, LLC, a Delaware Limited Liability Company

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**  
None

**ATTORNEYS PRESENT FOR DEFENDANTS:**  
None

**PROCEEDINGS (IN CHAMBERS):     ORDER DISMISSING ACTION WITHOUT PREJUDICE**

   As a result of the parties' failure to timely file the Joint Rule 26(f) Report as required by the Court's Order of November 16, 2022, this action is hereby **DISMISSED without prejudice**. The Scheduling Conference, currently on calendar for December 19, 2022, is **VACATED**. *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

   IT IS SO ORDERED.

Initials of Deputy Clerk  sr